January 8, 2018

Jeffery Luth, Clerk of the Panel

Judicial Panel on Multidistrict Litigation

Thurgood Marshall Federal Judicial Building

One Columbus Circle, NE

Room G-255, North Lobby

Washington DC 20002-8004

*In Re:* MDL 2804 National Prescription Opiate Litigation

Dear Mr. Luthi:

Enclosed is a copy of the complaint from the action filed in the Southern District of Iowa, Des Moines Division by plaintiff Polk County, against defendant Purdue Pharma LP, et al. please forward this complaint to the panel for review of a Potential Tag-Along Action to the above entitled MDL case.

Should you have any questions, please do not hesitate to contact this office.

Sincerely,
/s/ Kellie Watson
Deputy Clerk
Phone number 515-284-6163
John S. Courter
CLERK OF COURT